IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYAN FOUST

        Plaintiff,

vs.                                                2:22-cv-00788-KRS-GBW

NATURAL GAS SERVICES GROUP, INC.,
DANIEL GOBBEL,
and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Motion to Dismiss submitted by the parties. (Doc. 28). Having reviewed the Motion and being advised in the premises, the Court HEREBY ORDERS that this case is dismissed with prejudice.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE

SUBMITTED AND APPROVED:

Parnall Law Firm, LLC

*/s/ Approved via Email 05/25/2023*

Peter D. Grueninger
P.O. Box 8009
Albuquerque, NM  87198
P: 505 268-6500; F: 505 268-8708
peter@parnalllaw.com
*Attorneys for Plaintiff*


YLAW, P.C.

*/s/ Ryan T. Saylor*

Josh A. Harris
Ryan T. Saylor
*Attorney for Defendants.*
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
Phone: 505-266-3995
Fax: 505-268-6694
jharris@ylawfirm.com
rsaylor@ylawfirm.com